| | |
|---|---|
| 1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| | Eric Danoff (State Bar #60915) |
| 2 | 49 Stevenson Street, Suite 400 |
| | San Francisco, CA 94105 |
| 3 | Telephone:   415-227-9455 |
| | Facsimile:   415-227-4255 |
| 4 | E-Mail:   edanoff@edptlaw.com |
| 5 | Attorneys for Plaintiff |
| | NATS EMPEROR SHIPPING LTD. |

*[FILED stamp: SEP 13 2006, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

*E-Filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATS EMPEROR SHIPPING LTD.,

   Plaintiff,

   vs.

CARGO-LEVANT
SCHIFFAHRTSGESELLSCHAFT MBH,

   Defendant.

Case No.: C 06 5506 VRW

[PROPOSED] ORDER FOR ISSUANCE OF PROCESS AND SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

   The Court has reviewed the Complaint requesting issuance of process of maritime attachment and garnishment and the Declaration of Andrei Ustinov supporting the application for such process. The Court finds that the conditions for maritime attachment and garnishment set forth in FRCP Supplemental Admiralty Rule B appear to exist. It is therefore ordered that:

   1.   The Clerk of this Court shall forthwith issue process of maritime attachment and garnishment as prayed for in the Complaint;

   2.   Any person claiming an interest in the assets attached or garnished shall be entitled upon application to the Court to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted;

///

///

- 1 -

ORDER FOR ISSUANCE OF PROCESS AND SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\41049.003\Pleadings\Attachment-Order.doc

1    3.    Supplemental Process in the same terms as the initial Process may be issued and
2 served without further order of the Court;
3    4.    In order to avoid repeated service on a garnishee during a given day, service on
4 any garnishee shall be deemed to be effective continuous service throughout the day from the
5 time of such service through 9:00 a.m. on the next business day;
6    5.    In order to avoid repeated personal service by hand on a garnishee day after day,
7 following initial service of the Complaint, Process of Maritime Attachment and Garnishment,
8 and related pleadings by hand delivery to a garnishee, supplemental service of that Process and
9 related pleadings thereafter may be made on that garnishee by facsimile transmission or email,
10 and such subsequent service by facsimile or email, if transmitted from within the District, shall
11 be deemed to have been made within the District;
12    6.    Each garnishee shall serve its response to the attachment and garnishment as is
13 required by law; and
14    7.    Each garnishee possessing funds, credits, wire transfers, electronic funds transfers,
15 accounts or other assets of defendant Cargo-Levant Schiffahrtsgesellschaft mbH shall retain such
16 assets or turn them over to the U.S. Marshal pending further order of the Court.

DATED: September ___, 2006

JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA