| | |
|---|---|
| 1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| | Eric Danoff (State Bar #60915) |
| 2 | Cheryl A. Morris (State Bar #184541) |
| | 49 Stevenson Street, Suite 400 |
| 3 | San Francisco, CA  94105 |
| | Telephone:   415-227-9455 |
| 4 | Facsimile:    415-227-4255 |
| | E-Mail:        edanoff@edptlaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | NATS EMPEROR SHIPPING LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATS EMPEROR SHIPPING LTD., | Case No.: C 06 05506 VRW |
| Plaintiff, | [~~Proposed~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES |
| vs. | |
| CARGO-LEVANT SCHIFFAHRTSGESELLSCHAFT MBH, | |
| Defendant. | |

HAVING CONSIDERED the request of Plaintiff NATS EMPEROR SHIPPING for an Order continuing the Case Management Conference scheduled for December 12, 2006, the Court hereby rules as follows:

The Case Management Conference currently scheduled for December 12, 2006 shall be continued to ___March 13___, 2007.  The deadline for initial disclosures, filing of a Case Management Conference Statement and Rule 26(f) report shall be continued to ___March 6, 2007___.

IT IS SO ORDERED.

GRANTED
Judge Vaughn R Walker

_____
JOHN R. WALKER
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DEADLINES
Case No. 06 5506 VRW